UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
JOHN L. EDWARDS,

                  Plaintiff,
      -v-

ELMHURST HOSPITAL CENTER,

                  Defendant.
---------------------------------------------------------x

      A Memorandum and Order having been filed this day, dismissing the complaint, and

directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby

      **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants

and that this case is hereby closed.


Dated: Brooklyn, New York
       June 24, 2013

                        *Roslynn R. Mauskopf*

                      _____
                      ROSLYNN R. MAUSKOPF
                      United States District Judge